IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term
Grand Jury Sworn in on July 9, 2018

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **VIOLATIONS:** |
| | : | |
| **DONZELL ROLANDAS GIBSON,** | : | 18 U.S.C. § 1542 (False Statement in |
| | : | Application and Use of Passport) |
| Defendant | : | (Counts One & Three) |
| | : | |
| | : | 18 U.S.C. § 1028A (Aggravated Identity |
| | : | Theft) (Count Two) |

## INDICTMENT

The Grand Jury charges that:

## COUNT ONE

On or about February 26, 2014, within the District of Columbia, defendant **DONZELL ROLANDAS GIBSON** willfully and knowingly made a false statement in an application for a passport with intent to induce and secure the issuance of a passport under the authority of the United States, for his own use, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws, in that in such application the defendant stated that the name of another person was the defendant's name, which statement the defendant knew to be false.

(**False Statement in Application for Passport**, in violation of Title 18, United States Code, Section 1542).

## COUNT TWO

On or about February 26, 2014, within the District of Columbia, defendant **DONZELL ROLANDAS GIBSON** did knowingly transfer, possess, and use without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated under Title 18, United States Code, Section 1028(c), namely, false statement in an application for

a passport, as charged in Count One of this Indictment, knowing that the means of identification belonged to another person.

(**Aggravated Identity Theft**, in violation of Title 18, United States Code, Section 1028A(a)(1)).

## COUNT THREE

On or about May 24, 2018, within the District of Columbia, defendant **DONZELL ROLANDAS GIBSON** willfully and knowingly made a false statement in an application for a passport with intent to induce and secure the issuance of a passport under the authority of the United States, for his own use, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws, in that in such application the defendant stated that he had not previously submitted an application for a passport, which statement the defendant knew to be false.

(**False Statement in Application for Passport**, in violation of Title 18, United States Code, Section 1542).

A TRUE BILL

FOREPERSON

*Jessie K Liu/KK*
Attorney of the United States in
and for the District of Columbia